VORYS, SATER, SEYMOUR AND PEASE LLP
Thomas N. McCormick (SBN 325537)
 tnmccormick@vorys.com
Shane T. Micheil (SBN 312460)
 stmicheil@vorys.com
4675 MacArthur Court, Suite 700
Newport Beach, CA 92660
Telephone: (949) 526-7903
Facsimile: (949) 526-7903

*Attorneys for Defendant RUGSUSA, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA LEE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>RUGSUSA, LLC,<br><br>*Defendant*. | Case No. 3:23-cv-02412-LJC<br><br>Hon. Magistrate Judge Lisa J. Cisneros<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT RUGSUSA, LLC, TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[*Filed concurrently with* [PROPOSED] *Order*]<br><br>Complaint Served:    May 23, 2023<br>Response Due:         June 13, 2023<br>New Response Date: July 13, 2023 |

Pursuant to Federal Rules of Civil Procedure, Rule 6(b), and Civil Local Rule 6-1(a), Plaintiff, Alexandria Lee ("Plaintiff"), and Defendant, RugsUSA, LLC ("Defendant") (together, the "Parties"), by and through their respective counsel of record, stipulate and agree to extend the time for Defendant to file and serve its response to Plaintiff's Complaint [Dkt. 1] as follows:

1.    Plaintiff filed her Complaint and Proposed Summons on May 17, 2023 [Dkt. 1, 2].

2.    On May 23, 2023, Plaintiff served her Summons and Complaint on Defendant. [Dkt. 1, 2, 6, and 9].

3. Defendant's current deadline to file and serve a response to Plaintiff's Complaint is Tuesday, June 13, 2023.

4. In order to allow the Parties additional time to discuss and confer about the allegations in the Complaint, Defendant's arguments concerning the allegations, and potential resolution of the Complaint allegations, and pursuant to Federal Rules of Civil Procedure, Rule 6(b) and Civil Local Rule 6-1(a), the Parties hereby stipulate and agree to extend Defendant's time to file and serve a response to Plaintiff's Complaint by not more than 30 days, to Thursday, July 13, 2023.

5. There have not been any prior requests for extensions submitted to the Court by any party.

**IT IS SO STIPULATED.**

Dated:  June 13, 2023        VORYS, SATER, SEYMOUR AND PEASE LLP

By: /s/ *Shane T. Micheil*
    Shane T. Micheil
    Attorneys for Defendant RUGSUSA, LLC

Dated:  June 13, 2023        DOVEL & LUNER, LLP

By: /s/ *Simon Franzini*   (with permission)
    Simon Franzini
    Attorneys for Plaintiff, ALEXANDRIA LEE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  June 15, 2023

HONORABLE LISA J. CISNEROS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT